NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RACHEL KENT
Special Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6270 / Fax: 702.388.6418
rachel.kent@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>DAMON MICHAEL EVANS,<br><br>Defendant. | Case No.   2:19-mj-528-GWF<br><br>**COMPLAINT** for violation of:<br><br>Simple Assault<br>(18 U.S.C. § 113(a)(5))<br><br>Disorderly Conduct<br>(36 C.F.R. §2.34(a)(1)) |

BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned complainant, being first duly sworn, states that:

### Count One
### Simple Assault
### (18 U.S.C. §113(a)(5))

On or about July 15, 2019, within the special maritime and territorial jurisdiction of the United States, specifically, within the boundaries of Lake Mead National Recreation Area, Clark County, Nevada, **DAMON MICHAEL EVANS,** defendant herein, did assault victim C.L., to wit: EVANS struck C.L. in the buttocks and upper body with what a witness described as a "tent pole bundle"; all in violation of Title 18, United States Code, Section 113(a)(5).

## COUNT TWO
### *Disorderly Conduct*
### (36 CFR § 2.34(a)(1))

That on or about July 15, 2019, in the State and Federal District of Nevada, within the boundaries of the Lake Mead National Recreation Area, **DAMON MICHAEL EVANS**, defendant herein, did commit disorderly conduct with either the intent to cause public alarm, nuisance, jeopardy or violence, or knowingly or recklessly creating a risk thereof by engaging in fighting or threatening, or in violent behavior, to wit; **EVANS** engaged in a loud argument with C.L. which disturbed other people in the area and caused them to request law enforcement; a witnesses identified as U.J. and H.J. stated that they observed what appeared to be a verbal altercation which turned physical when **EVANS** struck C.L. in the buttocks and upper body with what they described as "tent poles" and a "tent pole bundle." H.J. stated that she was very upset after witnessing the altercation; all in violation of Title 36 Code of Federal Regulations, section 2.34(a)(1).

Complainant, as and for probable cause, states the following:

1. Complainant is a Park Ranger with the National Park Service, Lake Mead National Recreation Area, Clark County, Nevada, and has been employed as a law enforcement officer for over 20 years.

2. The following information is the result of either complainant's own personal investigation or has been provided by other law enforcement officers:

(a) On July 15, 2019, National Park Service Ranger James Boyle was on routine patrol within the boundaries of the Lake Mead National recreation Area, Clark County, Nevada.

1      (b)    Ranger Boyle was notified by the Lake Mead Interagency Communications Center regarding a reported fight between a man and woman at campsite 67 in the Boulder Beach Campground.

    (c)    Ranger Boyle arrived on scene and observed a tan 2002 Chevrolet Silverado parked at campsite 67. There was a male seated in the driver's seat and a female in the passenger seat. Ranger Boyle made contact and separated the vehicle occupants.

    (d)    Ranger Boyle identified the male individual as **DAMON MICHAEL EVANS** from his valid Indiana driver's license. **EVANS** stated that he and his girlfriend C.L. had been at a casino all night and had arrived at the campground earlier that morning looking for a camp site. **EVANS** said that while setting up the tent a pole sprang loose and hit C.L. in the back. **EVANS** stated the reason C.L. was upset was because there was no air conditioning. **EVANS** stated that he never struck C.L. and that they had just decided to leave without setting up the tent.

    (e)    National Park Service Ranger Nicolette Palmer spoke to C.L. at campsite 67. C.L. would not confirm that there had been any physical or verbal confrontation between her and **DAMON MICHAEL EVANS**. C.L. had what appeared to be fresh marks and bruising on her lower back, left shoulder and both arms however she would not tell Ranger Palmer how she got those injuries.

    (f)    National Park Service Ranger Timothy Lutterman contacted U.J. and H.J. who were a married couple camping nearby in campsite 59. U.J. stated that he was inside his motorhome and observed what appeared to be a woman who was upset slamming a car door and having an argument with a man in campsite 67. U.J. stated that he observed the man strike C.L. in the buttocks with a "tent pole bundle." The argument continued between the man and women and then the man struck the woman again, this time in the

3

upper body with the "tent pole bundle" while she was sitting on the truck tailgate. H.J. stated that she also observed what appeared to be a verbal fight which lead to the male individual striking the female with tent poles on the buttocks. H.J. stated that she did not see the women get struck a second time however she did see the woman holding her shoulder and walking away crying. The woman returned about seven minutes later and appeared to be showing the male the marks where he had hit her with the tent poles. H.J. stated that she was very upset after witnessing the altercation and reported it to one of the campground personnel after which the rangers arrived.

(g) Based on observations and investigation at the scene and information gathered from all parties, **DAMON MICHAEL EVANS** had assaulted C.L. and committed disorderly conduct.

CHRIS RAYNOLDS, Park Ranger
National Park Service

SUBSCRIBED and SWORN to before me this 15th day of July, 2019.

HONORABLE GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE