Case no. 2:19-mj-528-7WF

I Chrystal Lester am voulentarily giving my sworn statement regarding the incident that occured on 7-15-19. With Detective M Evans.

1.) I want the Courts to Know that absoulety no crime was commited on 7-15-19 or Any other time.

2.) I have Several bruises on me from a ~~prior~~ Camper accident and a motorcycle burn on my leg which was also in question. None of which was inficted by anyone.

3.) I did not give consent to be photographed by any officers. And Asked them to stop

but they refused.

4.) There was absolutely no other people around. When the incident occured. To my knowledge the only thing that could have been witnessed was possibly me complaining that I did n+ want to stay there because of no electricity.

Thank you for your regards in this matter

X Chrystal J Lester
7-17-19

Chrystal Lester
341 Greer Lane
Springville In 47462