# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAMON EVANS,

    Defendant.

Case No. 2:19-mj-00528-EJY

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant Damon Evans currently resides in Indiana and has a state court that requires his immediate attention. The case is currently scheduled for a jury trial on October 17, 2019;

2. Additionally, it would be a financial hardship for Defendant to travel to Nevada at this time; and

3. Defendant does not object to a continuance;

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, September 4, 2019, at 9:00 a.m., be vacated and continued to **November 20, 2019** at the hour of **9:00 a.m. in Courtroom 3D.**

DATED this 30 day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE