# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-mj-00528-EJY |
| Plaintiff, | ORDER |
| v. | |
| DAMON EVANS, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that Defendant Damon Evans is unable to appear in person for his change of plea hearing on March 4, 2020.

IT IS THEREFORE ORDERED that Defendant Damon Evans will be permitted to appear telephonically for his change of plea hearing on March 4, 2020.

DATED this 26th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE